# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TERRY T. GRADNEY, ) | C/A # 3:12-cv-3003 DCN |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees. Plaintiff filed this petition on March 26, 2014. Defendant filed a response on April 4, 2014, and agreed to pay the amount of fees requested.

Accordingly, it appears from the record and memoranda filed that the plaintiff's motion for attorney fees should be awarded in the amount of $3,691.13 in fees under the Equal Access to Justice Act (EAJA).

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED**.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

April 7, 2014
Charleston, South Carolina